IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MATTHEW DAVID FELL, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of the Forensic Mental Health Evaluation. It now appears that the defendant could be sentenced. However, before I do, I want to hear from the Probation Officer and the lawyers. Therefore,

IT IS ORDERED that:

(1)     The Forensic Mental Health Evaluation shall be filed as a restricted document.

(2)     On or before Wednesday, April 2, 2014, the Probation Officer shall submit to me and to the lawyers an updated sentencing recommendation in response to the Forensic Mental Health Evaluation.

(3)     On or before Wednesday, April 9, 2014, counsel shall submit in writing their responses to the Probation Officer's updated sentencing recommendation.

(4)     On Thursday, April 10, 2014, my chambers call this matter to my attention to set a sentencing date.

Dated March 13, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge