IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3015 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MATTHEW DAVID FELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the unopposed oral motion of the defendant,

IT IS ORDERED:

1. The telephone conference scheduled for 11:30 a.m. on Tuesday, October 28, 2014, is continued;

2. Counsel shall contact my judicial assistant, Kris Leininger, by telephone on Monday, October 27, 2014, to reschedule the telephone conference.

DATED this 22nd day of October, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge