IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MATTHEW DAVID FELL, | ) | |
| | ) | |
| Defendant. | ) | |

After a telephone conference with counsel and the probation officer and upon learning that the defendant had informed counsel that he intended to withdraw his appeal and accept a placement at Bristol Station,

IT IS ORDERED that my judicial assistant shall arrange a status conference via telephone in approximately 60 days from now if this matter is not resolved earlier.

Dated December 9, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge