IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13CR3015 |
| vs. | ORDER |
| MATTHEW DAVID FELL, | |
| Defendant. | |

IT IS ORDERED that:

1. The Clerk of Court shall file Matthew David Fell's attached email notes and attachments <u>under seal.</u>

2. The undersigned will take no further action regarding these documents at the request of Mr. Fell.

Dated this 21st day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge