IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13CR3015 |
| vs. | |
| MATTHEW DAVID FELL, | ORDER |
| Defendant. | |

IT IS ORDERED that:

(1) Defendant Fell's motions (Filing nos. 108 and 110) are denied.

(2) The defendant is advised that he must submit future motions and/or documents by mail or electronic case filing. The court will destroy and not take any further action on the defendant's future email and/or facsimile transmissions.

(3) The defendant may register for electronic case filing in the United States District Court for the District of Nebraska. (Access www.pacer.gov and select "Register" and then "Non-Attorney Filers.") *See* NEGenR 1.3.

Dated this 6th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge